# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Migdalia Espinet                  **BK NO. 19-02874 RNO**

            **Debtor(s)**                      **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                                    Respectfully submitted,

                                               **/s/ James C. Warmbrodt, Esquire**
                                               James C. Warmbrodt, Esquire
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA  19106
                                               215-627-1322