UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MIGDALIA ESPINET : CHAPTER 13
      Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
vs. :
 :
MIGDALIA ESPINET :
      Respondent(s) : CASE NO. 5-19-bk-02874

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 3rd day of April, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. Sec. 507. Does not provide for PA Revenue priority claim.

    2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Proof of Claim for MLE POA

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                    Respectfully submitted:

                    Charles J. DeHart, III
                    Standing Chapter 13 Trustee
                    8125 Adams Drive, Suite A
                    Hummelstown, PA 17036
                    (717) 566-6097

        BY:        /s/Agatha R. McHale
                    Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this   3rd   day of April, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Mark Moulton, Esquire
693 State Route 739, Suite 1
Lords Valley, PA   18428

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee