# LOCAL BANKRUPTCY FORM 3007-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER ____
                                                    :
                                                    :
                                                    : CASE NO. __-____-bk-_____
                                                    :
          **Debtor(s)**              :
                                                    :
                                                    :
                                                    :
          **Objector**               :
v.                                                  :
                                                    :
                                                    :
          **Claimant**               :

TO: _____ ("Claimant")

### NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE

_____ **filed an objection to the proof of claim you filed in this bankruptcy case.**

    **NOTICE:** **Your claim may be reduced, modified, or eliminated**. **You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to enter an order affecting your claim, then on or before _____, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

    Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at:

(Select the appropriate address)

☐ 274 Max Rosenn U.S. Courthouse      ☐ Ronald Reagan Federal Building
   197 South Main Street                              228 Walnut Street Rm 320
   Wilkes-Barre, PA 18701                            Harrisburg, PA 17101

    If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:

_____
(Movant's attorney's name and address)

_____
(Names and addresses of others to be served)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

_____
Attorney for Objector

_____
(Address)
_____
_____
(Phone)
_____
(Facsimile)
_____
(Email)
_____
(Attorney ID No.)

Date of Notice: _____