IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MIGDALIA ESPINET | : | Chapter 13 |
| Debtor, | : | |
| | : | Case No. 5:19-bk-2874 |
| MIGDALIA ESPINET | : | |
| Objector, | : | |
| v. | : | |
| | : | |
| Merrick Bank, | : | |
| Claimant, | : | |

ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 3 OF Merrick Bank

THIS CASE came for consideration upon the Debtor' Objection to Claim No. 3 of Merrick Bank (Doc. No.____) (the "Objection"). The Court finds that the Objection was served on all interested parties informing the parties of their opportunity to object within thirty (30) days of the date of service. No party filed an objection within the time permitted. Accordingly, it is

**ORDERED:**

1. The Objection (Doc. No.____) is sustained.
2. The claim is disallowed.