```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                               Case No. 19-02874-RNO
Migdalia Espinet                                     Chapter 13
        Debtor              CERTIFICATE OF NOTICE
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AutoDocke      Page 1 of 1          Date Rcvd: Jun 05, 2020
                              Form ID: pdf010      Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
5224544        ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court:  Dell Financial Services, LLC,   Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5218596         E-mail/PDF: DellBKNotifications@resurgent.com Jun 05 2020 19:42:37      Dell Preferred Account,
                Payment Processing Center,   PO Box 6403,   Carol Stream, IL 60197
                                                                                TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Lauren Berschler Karl   on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2
           lkarl@rascrane.com,  lbkarl03@yahoo.com
          Mark E. Moulton   on behalf of Debtor 1 Migdalia  Espinet markmoulton@moultonslaw.com,
           staff@moultonslaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:　MIGDALIA ESPINET　　　　　:　Chapter 13
　　　　　Debtor,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　Case No. 5:19-bk-2874-RNO

MIGDALIA ESPINET　　　　　　　　:
　　　　　Objector,　　　　　　　　:
　　v.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
Dell Financial Services, LLC,　　　:
　　　　　Claimant,　　　　　　　　:


ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 2 OF Dell Financial Services,
LLC

THIS CASE came for consideration upon the Debtor' Objection to Claim No. 2 of Dell

Financial Services, LLC (Doc. No.54___) (the "Objection"). The Court finds that the Objection was

served on all interested parties informing the parties of their opportunity to object within thirty (30) days

of the date of service. No party filed an objection within the time permitted. Accordingly, it is

**ORDERED:**

　　1.　　The Objection (Doc. No._54)_is sustained.

　　2.　　The claim is disallowed.


　　　Dated:　June 4, 2020　　　　　By the Court,

　　　　　　　　　　　　　　　　　_Robert N. Opel II_____
　　　　　　　　　　　　　　　　　Robert N. Opel, II, Bankruptcy Judge　BI