```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-02874-RNO
Migdalia Espinet                                                    Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke             Page 1 of 1           Date Rcvd: Jun 05, 2020
                             Form ID: pdf010             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5225565        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 05 2020 19:42:36     MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5218602       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 05 2020 19:42:12     Merrick Bank,
               PO Box 660702,   Dallas, TX 75266-0702
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2
               lkarl@rascrane.com,   lbkarl03@yahoo.com
              Mark E. Moulton    on behalf of Debtor 1 Migdalia  Espinet markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MIGDALIA ESPINET<br>Debtor, | : <br> : <br> : | Chapter 13 <br><br> Case No. 5:19-bk-2874-RNO |
| MIGDALIA ESPINET<br>Objector,<br>v.<br><br>Merrick Bank,<br>Claimant, | :<br>:<br>:<br>:<br>:<br>:<br>: | |

ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 3 OF Merrick Bank

THIS CASE came for consideration upon the Debtor' Objection to Claim No. 3 of Merrick Bank (Doc. No. 55 ) (the "Objection"). The Court finds that the Objection was served on all interested parties informing the parties of their opportunity to object within thirty (30) days of the date of service. No party filed an objection within the time permitted. Accordingly, it is

**ORDERED:**

1. The Objection (Doc. No. 55 ) is sustained.

2. The claim is disallowed.

Dated: June 4, 2020

By the Court,

*/s/ Robert N. Opel, II*

Robert N. Opel, II, Bankruptcy Judge  BI