```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02874-RNO
Migdalia Espinet                                                    Chapter 13
            Debtor              **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: AutoDocke          Page 1 of 1          Date Rcvd: Jun 05, 2020
                             Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2020 19:42:13      LVNV FUNDING LLC,
              PO BOX 10584,    GREENVILLE, SC 29603-0584
             E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2020 19:42:14
               RESURGENT CAPITAL SERVICES,   PO BOX 10390,   GREENVILLE, SC  29603-0390
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2
               lkarl@rascrane.com, lbkarl03@yahoo.com
              Mark E. Moulton    on behalf of Debtor 1 Migdalia  Espinet markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MIGDALIA ESPINET<br>Debtor, | : <br> : <br> : | Chapter 13 <br><br> Case No. 5:19-bk-2874-RNO |
| MIGDALIA ESPINET<br>Objector,<br>v.<br>LVNV Funding, LLC,<br>Claimant, | : <br> : <br> : <br> : <br> : <br> : | |

ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 10 OF LVNV Funding, LLC

THIS CASE came for consideration upon the Debtor' Objection to Claim No. 10 of LVNV Funding, LLC (Doc. No. __58__) (the "Objection"). The Court finds that the Objection was served on all interested parties informing the parties of their opportunity to object within thirty (30) days of the date of service. No party filed an objection within the time permitted. Accordingly, it is

**ORDERED:**

1. The Objection (Doc. No. 58) is sustained.

2. The claim is disallowed.

Dated: June 4, 2020

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Bankruptcy Judge  BI