IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MIGDALIA ESPINET<br>Debtor, | : <br> : <br> : | Chapter 13 <br> <br> Case No. 5:19-bk-2874 |
| MIGDALIA ESPINET<br>Objector,<br>v.<br><br>LVNV Funding, LLC,<br>Claimant, | : <br> : <br> : <br> : <br> : <br> : | |

ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 9 OF LVNV Funding, LLC

THIS CASE came for consideration upon the Debtor' Objection to Claim No. 9 of LVNV Funding, LLC (Doc. No.____) (the "Objection"). The Court finds that the Objection was served on all interested parties informing the parties of their opportunity to object within thirty (30) days of the date of service. No party filed an objection within the time permitted. Accordingly, it is

**ORDERED:**

    1.    The Objection (Doc. No.____) is sustained.

    2.    The claim is disallowed.