United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                               Case No. 19-02874-RNO

Migdalia Espinet                           Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                            User: AutoDocke                              Page 1 of 2

Date Rcvd: Nov 30, 2020                     Form ID: pdf010                           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2020 19:11:13 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2020 19:11:13 | Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2020                              Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Lauren Berschler Karl | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2 lkarl@rascrane.com, lbkarl03@yahoo.com |
| Mark E. Moulton | |

on behalf of Debtor 1 Migdalia Espinet markmoulton@moultonslaw.com staff@moultonslaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: MIGDALIA ESPINET : Chapter 13
      Debtor, :
: Case No. 5:19-bk-2874

MIGDALIA ESPINET :
      Objector, :
v. :
:
LVNV Funding, LLC, :
      Claimant, :

ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 9 OF LVNV Funding, LLC

THIS CASE came for consideration upon the Debtor' Objection to Claim No. 9 of LVNV Funding, LLC (Doc. No. _57_) (the "Objection"). The Court finds that the Objection was served on all interested parties informing the parties of their opportunity to object within thirty (30) days of the date of service. No party filed an objection within the time permitted. Accordingly, it is

**ORDERED:**

1. The Objection (Doc. No _57_) is sustained.

2. The claim is disallowed.

Dated: November 30, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge <sup>BI</sup>