UNITED STATES BANRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Migdalia Espinet

Debtor(s).

Case No. 19-02874

Chapter 13

NOTICE OF SATISFACTION OF PROOF OF CLAIM #4-1

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that **Toyota Motor Credit Corporation c/o Toyota Motor Credit Corporation** ("Creditor"), considers the Proof of Claim filed on **August 02, 2019** and assigned claim number **4-1,** satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 4-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: September 28, 2023

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Issa F. Kamara

Issa F. Kamara
14841 Dallas Parkway
Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Toyota Motor Credit Corporation

3520-N-5434

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before _____9/28/2023_____ via electronic notice unless otherwise stated:

**Debtor**         *Via U.S. Mail*
Migdalia Espinet
137 Maria Lane
Dingmans Ferry, PA 18328-3088


**Debtors' Attorney**
Mark E. Moulton
Moulton And Moulton Pc
693 STATE ROUTE 739 STE 1
LORDS VALLEY, PA  18428-6083


**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036


      /s/ Issa F. Kamara
      Issa F. Kamara