IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Migdalia Espinet, | : Bankruptcy No. 5:19-bk-02874-MJC |
|     Debtor, | : Chapter 13 |
| | : |
| U.S. Bank National Association, as Trustee for | : |
| Structured Asset Securities Corporation Mortgage | : |
| Pass-Through Certificates, Series 2007-GEL2, | : |
|     Secured Creditor, | : |
| | : |
| Migdalia Espinet, | : |
|     Debtor / Respondent, | : |
| | : |
| and | : |
| Jack N Zaharopoulos, | : |
|     Trustee/Respondent. | : |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

    Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

    Roger Fay, Esquire
    Albertelli Law
    14000 Commerce Parkway, Suite H
    Mount Laurel, NJ 08054
    (856) 724-1888

    Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: June 5, 2024                          ALBERTELLI LAW

                                                BY: /s/ Roger Fay, Esq., ID No. 315987
                                                14000 Commerce Parkway, Suite H
                                                Mount Laurel, NJ 08054
                                                rfay@alaw.net

231770-3