United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 19-02874-MJC
Migdalia Espinet     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 14, 2025     Form ID: fnldecnd     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Migdalia Espinet, 137 Maria Lane, Dingmans Ferry, PA 18328-3088 |
| cr | + | Toyota Motor Credit Corporation c/o Toyota Motor C, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| 5218592 | + | C. Dicovsky Medical Group, LLC, 681 Broadway, Paterson, NJ 07514-1421 |
| 5338286 | + | M.LE.P.O.A., Inc., 103 Lake Drive, Dingmans Ferry, PA 18328-3127 |
| 5218600 | + | Marcel Lake Estates POA, 103 Lake Dr, Dingmans Ferry, PA 18328-3127 |
| 5218604 | | Mr. Cooper, 9850 Cypress Waters Blvd, Coppell, Texas 75019 |
| 5218605 | + | Pink Breast Center, 680 Broadway, STE 111, Paterson, NJ 07514-1526 |
| 5218606 | + | Plaints Twp Ambulance, PO Box 207, Allentown 18105-0207 |
| 5218607 | + | Pleasantdale Ambulatory Care, 61 Main Street,STE D, West Orange, NJ 07052-5353 |
| 5218608 | + | RepairClinic, 48600 Michigan Ave., Canton, MI 48188-2240 |
| 5218612 | + | Toyota Financial Services, Bankruptcy Department PO Box 5855, 5505 N. Cumberland Ave., Suite 307, Chicago, Illinois 60656-4761 |
| 5218613 | + | Toyota Financial Services, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| 5622178 | + | U.S. Bank National Association, as Trustee, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 18:44:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 14 2025 18:40:00 | U.S. Bank National Association, as Trustee for Str, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5233567 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 18:44:12 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5218593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 18:44:19 | Citibank SD, 701 East 60th Street North, Sioux Falls, South Dakota 57104-0432 |
| 5218594 | + | Email/Text: dylan.succa@commercialacceptance.net | Jan 14 2025 18:40:00 | Commercial Acceptance Comp, 2300 Gettysburg Rd STE 102, Camp Hill, Pennsylvania 17011-7303 |
| 5218595 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2025 18:44:05 | Credit One Bank, N.A., 585 Pilot Road, Las Vegas, Nevada 89119-3619 |
| 5224544 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 18:44:05 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5218596 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 14 2025 18:44:05 | Dell Preferred Account, Payment Processing Center, PO Box 6403, Carol Stream, IL 60197 |
| 5236573 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 18:40:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5218598 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 14 2025 18:40:00 | HSBC Bank, ATTN: Bankruptcy Dept, P.O. BOX 4215, Buffalo, New York 14240-4215 |
| 5218597 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 18:44:11 | Home Depot, Attn: Legal, 2455 Paces Ferry Rd., Atlanta, Georgia 30339-1834 |
| 5242375 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 18:44:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5218599 | + | Email/Text: libertybk@contfinco.com | Jan 14 2025 18:40:00 | Liberty Career Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5225565 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2025 18:44:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5218601 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 14 2025 18:40:00 | Mercury, Card Services, PO Box 70168, Philadelphia, PA 19176-0168 |
| 5218602 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2025 18:44:12 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 5218603 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2025 18:40:00 | Midland Credit Management, 8875 Aero Drive, Ste 200, San Diego, California 92123-2255 |
| 5244337 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 18:44:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5223061 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5218609 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 14 2025 18:40:00 | SPS, PO Box 65250, Salt Lake City, Utah 84165-0250 |
| 5218899 | ^ | MEBN | Jan 14 2025 18:35:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5218610 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 18:44:12 | Synchrony Bank, P O Box 965004, Orlando, Florida 32896-5004 |
| 5218611 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 18:44:18 | TJX Rewards/GEMB, PO Box 530948, Atlanta, Georgia 30353-0948 |
| 5231233 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 14 2025 18:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5244719 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2025 18:40:00 | U.S. BANK NATIONAL ASSOCIATION, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 5222474 | + | Email/Text: RASEBN@raslg.com | Jan 14 2025 18:40:00 | U.S. Bank National Association, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5240513 | | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2025 18:44:18 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5231343 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5321762 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2025              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Lauren Berschler Karl | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2 lkarl@rascrane.com, lbkarl03@yahoo.com |
| Lily Christina Calkins | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2 logsecf@logs.com, lilychristinacalkins@gmail.com |
| Mark E. Moulton | on behalf of Debtor 1 Migdalia Espinet markmoulton@moultonslaw.com staff@moultonslaw.com |
| Roger Fay | on behalf of Creditor U.S. Bank National Association as Trustee rfay@alaw.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Migdalia Espinet,  Chapter  13

**Debtor 1**

Case No.  5:19−bk−02874−MJC

Social Security No.:
xxx−xx−4148

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Migdalia Espinet** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated:  January 14, 2025

**fnldec** (01/22)