United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-02874-MJC |
| Migdalia Espinet | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Feb 21, 2025 | Form ID: pdf010 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Migdalia Espinet, 137 Maria Lane, Dingmans Ferry, PA 18328-3088 |
| cr | + | Toyota Motor Credit Corporation c/o Toyota Motor C, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| 5218592 | + | C. Dicovsky Medical Group, LLC, 681 Broadway, Paterson, NJ 07514-1421 |
| 5338286 | + | M.LE.P.O.A., Inc., 103 Lake Drive, Dingmans Ferry, PA 18328-3127 |
| 5218600 | + | Marcel Lake Estates POA, 103 Lake Dr, Dingmans Ferry, PA 18328-3127 |
| 5218604 | | Mr. Cooper, 9850 Cypress Waters Blvd, Coppell, Texas 75019 |
| 5218605 | + | Pink Breast Center, 680 Broadway, STE 111, Paterson, NJ 07514-1526 |
| 5218606 | + | Plaints Twp Ambulance, PO Box 207, Allentown 18105-0207 |
| 5218607 | + | Pleasantdale Ambulatory Care, 61 Main Street, STE D, West Orange, NJ 07052-5353 |
| 5218608 | + | RepairClinic, 48600 Michigan Ave., Canton, MI 48188-2240 |
| 5218613 | + | Toyota Financial Services, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| 5218612 | + | Toyota Financial Services, Bankruptcy Department PO Box 5855, 5505 N. Cumberland Ave., Suite 307, Chicago, Illinois 60656-4761 |
| 5622178 | + | U.S. Bank National Association, as Trustee, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2025 18:48:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 21 2025 18:41:00 | U.S. Bank National Association, as Trustee for Str, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5233567 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2025 18:48:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5218593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 21 2025 18:49:22 | Citibank SD, 701 East 60th Street North, Sioux Falls, South Dakota 57104-0432 |
| 5218594 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 21 2025 18:41:00 | Commercial Acceptance Comp, 2300 Gettysburg Rd STE 102, Camp Hill, Pennsylvania 17011-7303 |
| 5218595 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 21 2025 18:49:18 | Credit One Bank, N.A., 585 Pilot Road, Las Vegas, Nevada 89119-3619 |
| 5224544 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2025 18:48:33 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5218596 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 21 2025 18:48:13 | Dell Preferred Account, Payment Processing Center, PO Box 6403, Carol Stream, IL 60197 |
| 5236573 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 21 2025 18:42:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5218598 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 21 2025 18:41:00 | HSBC Bank, ATTN: Bankruptcy Dept, P.O. BOX 4215, Buffalo, New York 14240-4215 |
| 5218597 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 18:49:21 | Home Depot, Attn: Legal, 2455 Paces Ferry Rd., Atlanta, Georgia 30339-1834 |
| 5242375 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2025 18:48:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5218599 | + | Email/Text: libertybk@contfinco.com | Feb 21 2025 18:42:00 | Liberty Career Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5225565 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 21 2025 18:48:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5218601 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 21 2025 18:41:00 | Mercury, Card Services, PO Box 70168, Philadelphia, PA 19176-0168 |
| 5218602 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 21 2025 18:48:16 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 5218603 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2025 18:42:00 | Midland Credit Management, 8875 Aero Drive, Ste 200, San Diego, California 92123-2255 |
| 5244337 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2025 18:49:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5223061 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2025 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5218609 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 21 2025 18:42:00 | SPS, PO Box 65250, Salt Lake City, Utah 84165-0250 |
| 5218899 | ^ | MEBN | Feb 21 2025 18:37:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5218610 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 18:48:09 | Synchrony Bank, P O Box 965004, Orlando, Florida 32896-5004 |
| 5218611 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 18:48:11 | TJX Rewards/GEMB, PO Box 530948, Atlanta, Georgia 30353-0948 |
| 5231233 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 21 2025 18:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5244719 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2025 18:41:00 | U.S. BANK NATIONAL ASSOCIATION, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 5222474 | + | Email/Text: RASEBN@raslg.com | Feb 21 2025 18:41:00 | U.S. Bank National Association, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5240513 | | Email/PDF: ebn_ais@aisinfo.com | Feb 21 2025 18:49:04 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5231343 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5321762 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2025          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Lauren Berschler Karl | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2 lkarl@rascrane.com, lbkarl03@yahoo.com |
| Lily Christina Calkins | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2 logsecf@logs.com, lilychristinacalkins@gmail.com |
| Mark E. Moulton | on behalf of Debtor 1 Migdalia Espinet markmoulton@moultonslaw.com staff@moultonslaw.com |
| Roger Fay | on behalf of Creditor U.S. Bank National Association as Trustee rfay@alaw.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Migdalia Espinet, | : | Case No. 5:19-bk-02874-MJC |
| | : | |
| Debtor. | : | |

## ORDER

Upon consideration of Debtor's Motion to Reopen Chapter 13 Case, Dkt. # 105 ("Motion"), filing of the Certification Regarding Domestic Support Obligations and 11 U.S.C. 522(q), Official Form 2830, Dkt. # 100, on Debtor's behalf, subsequent to entry of the Final Decree, and payment of the requisite filing fee to reopen the above-captioned case, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the above-captioned case is hereby reopened for the purpose of permitting Debtor to obtain an Order for Discharge under 11 U.S.C. §1328; and it is further

**ORDERED** that the Clerk of Court shall enter a Discharge of Debt on behalf of Debtor pursuant to 11 U.S.C. §1328, provided all required documents have been properly submitted, and then close the case upon issuance of the discharge.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 21, 2025